

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2020

No. 04-19-00688-CV

Marissa **PETERSON,**
Appellant

v.

**HEB GROCERY CO., L.P**.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-19610
Honorable Aaron Haas, Judge Presiding

# O R D E R

On February 27, 2020, appellee filed a surreply brief and an unopposed motion for leave to file the surreply brief. The unopposed motion is GRANTED. It is ORDERED that appellee's surreply brief filed on February 27, 2020 is accepted as filed.

It is so **ORDERED** on March 9, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court